

# NUMBER 13-11-00787-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**IN RE LORENZO YBARRA, JR.**

---

**On Petition for Writ of Mandamus.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Per Curiam Memorandum Opinion[1]**

Relator, Lorenzo Ybarra, Jr., filed a petition for writ of mandamus in the above cause on December 21, 2011, contending that the trial court erred in entering a judgment nunc pro tunc after the expiration of its plenary power. The trial court held that a clerical error existed in the divorce decree wherein it provided for a conveyance of .067 acres of land instead of 0.67 acres of land, the latter being the entirety of the parcel of property. The Court requested and received a response to the petition for writ of

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

mandamus from the real party in interest, Dora Aguiar, formerly known as Dora Lopez Ybarra.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown himself entitled to the relief sought.  *See, e.g., Escobar v. Escobar*, 711 S.W.2d 230, 231 (Tex. 1986) (concluding that an error in the amount of acreage awarded to a claimant was a clerical error subject to correction by judgment nunc pro tunc); *Davis v. Davis*, 647 S.W.2d 781, 785 (Tex. Civ. App.—Austin 1983, no writ) (concluding that an error in the number of lots utilized to describe a residence was a clerical error subject to correction by nunc pro tunc); *see also Sam Eng, Inc. v. Barnett Drywall & Supply, Inc*., No. C14-87-00861-CV, 1988 Tex. App. LEXIS 956, at **5–6 (Tex. App.—Houston [14th Dist.] May 5, 1988, no writ) (not designated for publication) (same).  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
20th day of January, 2012.